**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Timothy R. Pickette, Debtor | CASE NO. 16-14652-FJB |

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**
**(DOCKET NO. 2)**

Now comes U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EMX4 (hereinafter "U.S. Bank") and files its Objection to Confirmation of the Debtor's Chapter 13 Plan [Docket No. 2] (the "Plan"). In support thereof, U.S. Bank states as follows:

1.    U.S. Bank is the holder of the first mortgage on the property located at 7 Winship Way, Stoughton, MA 02072 (the "Property"). Said mortgage secures a promissory note on which the Debtor is the obligor.

2.    The mortgage to U.S. Bank is in default with an approximate pre-petition arrearage of $41,521.53 with an approxmate unpaid principal balance of $412,842.80. By the filing of its objection, U.S. Bank sets forth its demand for payment and intent to hold the Debtor liable for the debt. The Proof of Claim bar date is April 24, 2017.

4.    The Plan only provides for the payment of $37,500 in pre-petition arrears. As the Plan does not include a provision for the payment of the entire pre-petition arrearage, the Plan fails to properly treat U.S. Bank's claim.

WHEREFORE U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EMX4 respectfully requests that the Court deny confirmation of the Debtor's Chapter 13 Plan or for such other relief as the Court deems just and proper.

Respectfully submitted,
U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through

Certificates, Series 2005-EMX4,
By its attorney,

/s/   Joshua Ryan-Polczinski
Joshua Ryan-Polczinski, Esquire
BBO# 678007
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0345
(617) 558-0500
617-243-4049 (fax)
Dated: January 3, 2017
        mabk@harmonlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Timothy R. Pickette, Debtor | CASE NO. 16-14652-FJB |

## CERTIFICATE OF SERVICE

I, Joshua Ryan-Polczinski, Esquire, state that on January 3, 2017, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Esquire, Assistant U.S. Trustee
Carolyn Bankowski, Esquire, Chapter 13 Trustee
Doug Surprenant, Esquire for Debtor

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/Joshua Ryan-Polczinski
Joshua Ryan-Polczinski, Esquire
BBO# 678007

Timothy R. Pickette
7 Winship way
Stoughton, MA 02072

3