**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| IN RE: | CHAPTER 13 |
| Timothy R. Pickette, Debtor | CASE NO. 16-14652-FJB |

**STIPULATION REGARDING POST-PETITION ARREARS DUE**
**TO WELLS FARGO BANK, N.A.**
**(7 WINSHIP WAY, STOUGHTON, MA 02072)**

Now comes Wells Fargo Bank, N.A. (hereinafter, "Wells") and Timothy R. Pickette ("Debtor"), who stipulate as follows:

1. The total post-petition arrearage as of March 26, 2018 is **$8,097.27**. This consists of the following post-petition payments and charges:

   | | | |
   |---|---|---|
   | Payments 12/1/17 – 3/1/18 | 4 @ $2,664.18 | $10,656.72 |
   | Unapplied Funds | | ($2,559.45) |
   | | **Total Amount Due** | **$8,097.27** |

2. On or before April 1, 2018 and by the 15th of each month thereafter, through September 1,2018, the Debtor shall make payments as set forth below to cure the post-petition arrearage due on the claim:

**Stipulation Payment Schedule**

| Payment Number (or due date) | Monthly Payment Amount | Monthly Arrearage Amount | Total Monthly Payment |
|---|---|---|---|
| 4/1/18 | $2,664.18* | $1,349.54 | $4,013.72 |
| 5/1/18 | $2,664.18* | $1,349.54 | $4,013.72 |
| 6/1/18 | $2,664.18* | $1,349.54 | $4,013.72 |
| 7/1/18 | $2,664.18* | $1,349.55 | $4,013.73 |
| 8/1/18 | $2,664.18* | $1,349.55 | $4,013.73 |
| 9/1/18 | $2,664.18* | $1,349.55 | $4,013.73 |

*If the Debtor receives notice of a change in the regular monthly payment during the terms of the stipulation, the Debtors shall make the appropriate adjustment to the total monthly amount due. The monthly arrearage amount will not change.

3. Thereafter, commencing on October 1, 2018, and monthly thereafter, the Debtors shall make the regular monthly post-petition payments in the amount of $2,664.18, subject to change pursuant to the terms of the Note and Mortgage.

4. All payments under this stipulation should be made payable to the servicer, Wells, and sent to the following address:

> Wells Fargo Bank
> ATTN: Cash Management Manager
> 1 Home Campus
> MAC #X2302-04 FL 04
> Des Moines, IA 50328

5. **IF THE DEBTOR FAILS TO MAKE SAID PAYMENTS BY THE DATES SPECIFIED IN PARAGRAPH TWO OF THIS STIPULATION, RELIEF FROM STAY MAY BE GRANTED WITHOUT HEARING BY THE COURT UPON WELLS FILING A CERTIFICATE OF NON-COMPLIANCE AND THE MOTION FOR RELIEF FROM STAY, AFTER TEN (10) DAYS NOTICE OF DEFAULT TO THE DEBTOR AND THE DEBTOR'S ATTORNEY, BY FIRST CLASS MAIL POSTAGE PREPAID OR FACSIMILE. THE DEBTOR HAS THE RIGHT TO OBJECT TO THE CERTIFICATE OF NON-COMPLIANCE ONLY ON THE BASIS THAT THE PAYMENTS WERE MADE TIMELY UNDER THE STIPULATION.**

6. The terms of this stipulation shall be null and void if the case is converted or dismissed.

Agreed to on this 13th day of April, 2018

| | |
|---|---|
| Wells Fargo Bank, N.A.<br>By its attorney, | Timothy R. Pickette,<br>By their attorney, |
| /s/Joshua Ryan-Polczinski<br>Joshua Ryan-Polczinski, Esquire<br>BBO#678007<br>Harmon Law Offices, P.C.<br>P.O. Box 610389<br>Newton Highlands, MA 02461-0345<br>(617) 558-0500<br>617-243-4049 (fax)<br>mabk@harmonlaw.com | /s/Doug Suprenant<br>Doug Surprenant, Esquire<br>Law Office of Doug Surprenant<br>40 S. Franklin Street<br>Holbrook, MA 02343<br>(781) 767-9300<br>(781) 767-9303<br>ds5848@aol.com |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Timothy R. Pickette | CHAPTER 13<br>CASE NO. 16-14652-FJB |

CERTIFICATE OF SERVICE

  I, Joshua Ryan-Polczinski, Esquire, state that on April 13, 2018, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EMX4 using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Assistant U.S. Trustee
Carolyn Bankowski, Esquire, Chapter 13 Trustee
Doug Surprenant, Esquire for the Debtor
Kenneth C. Wilson, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

            /s/Joshua Ryan-Polczinski
            Joshua Ryan-Polczinski, Esquire
            BBO# 678007

Timothy R. Pickette
7 Winship Way
Stoughton, MA 02072

Cindy E. Pickette
7 Winship Way
Stoughton, MA 02072-3760

Town of Stoughton - Tax Collector
10 Pearl Street
Stoughton, MA 02072

Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA 23502-4962

Portfolio Recovery Associates, LLC
c/o Kenneth C. Wilson, Esq.

Lustig, Glaser & Wilson, P.C.
PO Box 549287
Waltham, MA 02454