# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:

Timothy R. Pickette,
Debtor

CHAPTER 13
CASE NO. 16-14652-FJB

## CERTIFICATE OF NON-COMPLIANCE

I, Joshua Ryan-Polczinski, Esquire of HARMON LAW OFFICES, P.C., do hereby state as follows:

1. This office represents U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EMX4 (hereinafter "U.S. Bank") with respect to a mortgage given by Timothy R. Pickette ("Debtor") to Mortgage Electronic Registration Systems, Inc. on or about August 26, 2005 as affected by a loan modification agreement effective October 7, 2014, and covers the premises located at 7 Winship Way, Stoughton, MA 02072-3760 (the "Property").

2. On April 13, 2018, U.S. Bank and the Debtor filed a Stipulation regarding the post-petition default on the loan [Docket No. 44]. According to said stipulation, commencing with the payment due April 1, 2018 and monthly thereafter through September 1, 2018, the debtor agreed to make his regular monthly mortgage payment of $2,664.18 plus an arrearage payment of $1,349.54 for the months of April through June 2018 and an arrearage payment of $1,349.55 for the months of July through September 2018.

3. On April 30, 2018, the Court entered an order allowing U.S. Bank's Motion to Approve the Stipulation [Docket No. 47].

4. The debtor has defaulted upon the terms of the stipulation by failing to make the required stipulation payments for June through September 2018.

5. On August 22, 2018, a ten day notice of default was sent to the debtor and to debtor's counsel advising of this default. To date the default has not been cured.

WHEREFORE, U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EMX4 requests that, pursuant to the Court's Order, the automatic stay be hereby terminated by the filing of this Certificate and relief from automatic stay be granted by the Court to allow U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EMX4 to foreclose and for any other relief the Court deems just and proper.

> Respectfully submitted,
> U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EMX4,
> By its attorney,
>
> /s/Joshua Ryan-Polczinski
> Joshua Ryan-Polczinski, Esquire
> BBO# 678007
> HARMON LAW OFFICES, P.C.
> P.O. Box 610389
> Newton Highlands, MA 02461-0345
> 617-365-0500
> mabk@harmonlaw.com

Dated: September 21, 2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Timothy R. Pickette | CHAPTER 13<br>CASE NO. 16-14652-FJB |

## CERTIFICATE OF SERVICE

I, Joshua Ryan-Polczinski, Esquire, state that on September 21, 2018, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EMX4 using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Assistant U.S. Trustee
Carolyn Bankowski, Esquire, Chapter 13 Trustee
Doug Surprenant, Esquire for the Debtor
Kenneth C. Wilson, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

                                  /s/Joshua Ryan-Polczinski
                                  Joshua Ryan-Polczinski, Esquire
                                  BBO# 678007

Timothy R. Pickette
7 Winship Way
Stoughton, MA 02072

Cindy E. Pickette
7 Winship Way
Stoughton, MA 02072-3760

Town of Stoughton - Tax Collector
10 Pearl Street
Stoughton, MA 02072

Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA 23502-4962

Portfolio Recovery Associates, LLC
c/o Kenneth C. Wilson, Esq.
Lustig, Glaser & Wilson, P.C.
PO Box 549287
Waltham, MA 02454