**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Timothy R. Pickette

**Case/AP Number** 16-14652 **-FJB**
**Chapter** 13

#53 Certificate of Non-Compliance  with certificate of service (Re: [44] Stipulation)
filed by Creditor U.S. Bank National Association, as Trustee, for Residential Asset
Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates,
Series 2005-EMX4 (Ryan-Polczinski, Joshua)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Debtor is directed to file a response to this Certificate of Non-Compliance on or before
October 4, 2018 at 4:30 P.M., failing which the Court will grant the Movant's stay motion
without further process.

IT IS SO ORDERED:

_Frank J Bailey_

_____Dated: 09/24/2018

Frank J. Bailey
United States Bankruptcy Judge