UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In Re:  Timothy R Pickette
Debtor

Case No: 16-14652

## MOTION TO CONVERT TO CHAPTER 7

HERE comes the Debtor, Timothy R Pickette, who files this Motion to Convert from Chapter 13 to Chapter 13 for the following reasons:

1. On December 8, 2016, Debtor filed for Chapter 13 protection.
2. It was not feasible for Debtor to stay current on his mortgage and his Chapter 13 payments; he is converting and hopes to get a loan modification.

Debtor respectfully requests that this Honorable Court Grant Debtor's Motion to Convert.

Respectfully submitted,

On behalf of Timothy Pickette,

_____                October 3, 2018
Doug Surprenant, Esq.
BBO# 651975
40 S. Franklin St
Holbrook, MA 02343
781 767-9300
dougcanhelp@aol.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

In Re: Timothy R Pickette
      Debtor                                                          Case No: 16-14652

**CERTIFICATE OF SERVICE**

**The undersigned hereby certifies** that I electronically filed this Motion to Convert with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system and thus electronically served the within documents on the following interested parties:

- Carolyn Bankowski-13    13trustee@ch13boston.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV

**Manual Notice List** Served by U.S. Mail:

See attached matrix

_/s/ Doug Surprenant_                                       October 3, 2018
Doug Surprenant, Esq.

```
Label Matrix for local noticing          Boston                                    Arrow Financial Services
0101-1                                   U. S. Bankruptcy Court                    Law Office Gary Kreppel
Case 16-14652                            J.W. McCormack Post Office & Court House  1661 Worcester Rd
District of Massachusetts                5 Post Office Square, Suite 1150          Suite 401
Boston                                   Boston, MA 02109-3945                     Framingham, MA 01701-5405
Wed Oct  3 12:48:22 EDT 2018

(p)INTERNAL REVENUE SERVICE              Lustig, Glaser & Wilson, P.C.             Massachusetts Department of Revenue
CENTRALIZED INSOLVENCY OPERATIONS        PO Box 549287                             ATTN: Bankruptcy Unit
PO BOX 7346                              Waltham, MA 02454-9287                    P.O. Box 9564
PHILADELPHIA PA 19101-7346                                                         Boston, MA 02114-9564

Portfolio Recover Associates             Stoughton District Court                  U.S. Bank National Association, as Trustee
120 Corporate Blvd.                      1288 Central St                           C/O Wells Fargo Bank, N.A., as servicer
Ste. 100                                 Stoughton, MA 02072-4419                  Default Document Processing N9286-01Y
Norfolk, VA 23502-4952                                                             1000 Blue Gentian Road
                                                                                   Eagan, MN 55121-7700

Wells Fargo Home Mortgage                Carolyn Bankowski-13-12                   Doug Surprenant
PO Box 10335                             Chapter 13-12 Trustee Boston              Law Office of Doug Surprenant
Des Moines, IA 50306-0335                P. O. Box 8250                            40 S. Franklin St.
                                         Boston, MA 02114-0950                    Holbrook, MA 02343-1421

John Fitzgerald                          Timothy R. Pickette
Office of the US Trustee                 7 Winship way
J.W. McCormack Post Office & Courthouse  Stoughton, MA 02072-3760
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109-3901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS
Andover, MA 05501
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)U.S. Bank National Association, as Trustee   End of Label Matrix
                                                Mailable recipients    13
                                                Bypassed recipients     1
                                                Total                  14
```