UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Timothy R. Pickette

**Case/AP Number** 16-14652 **-FJB**
**Chapter** 7

#73 Motion filed by Creditor U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EMX4 for Relief from Stay Re: 7 Winship Way, Stoughton, MA 02072-3760

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved     _____Moot

_____Denied      _____Denied without prejudice     _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER:  No objection having been filed, and good cause having been stated, the movant is hereby granted relief from the automatic stay to exercise its rights as to the property and, until the Debtor receives a discharge, to preserve its rights as to a potential deficiency.

IT IS SO ORDERED:

_Frank J. Bailey_ Dated: 12/14/2018
Frank J. Bailey
United States Bankruptcy Judge